## ISAAC INDUSTRIES, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

No. 2011–1616.

United States Court of Appeals, Federal Circuit.

June 13, 2012.

Peter S. Herrick, Law Office of Peter S. Herrick, PA, of Miami, FL, argued for plaintiff appellant.

Edward F. Kenny, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of New York, NY, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, of Washington, DC, and Barbara S. Williams, Attorney in Charge, International Trade Field Office, of New York, NY. Of counsel on the brief was Sheryl A. French, Attorney, Office of the Assistant Chief Counsel, United States Department of Customs and Border Protection, of New York, NY.

LINN, MOORE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**